UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX GELLER,

    Plaintiff,

v.                                            Civil No. 13-14702

AMERICAN INSURANCE COMPANY,

    Defendant.
                                               /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" dated March 10, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant. Dated at Detroit, Michigan, this 10th day of March 2014.

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                   s/ Lisa Wagner
                                          By: Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland